IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.**

---

**CHEN LI, an individual,**

    **Plaintiff,**

v.

**JEWELERS MUTUAL INSURANCE COMPANY,**

    **Defendant.**

---

## NOTICE OF REMOVAL

---

Defendant **JEWELERS MUTUAL INSURANCE COMPANY,** by and through its attorneys, hereby gives notice of the removal of the instant action from the Denver County District Court for the State of Colorado, pursuant to 28 U.S.C. §1441, *et.seq.*

**AS GROUNDS IN SUPPORT OF REMOVAL,** Defendant states as follows:

1. On May 15, 2018, Plaintiff filed the Civil Complaint, **attached as Exhibit 1-b**, in Denver County District Court, Colorado. The case was captioned, *Chen Li, Plaintiff, v. Jewelers Mutual Insurance Company, Defendant,* Case No. 18-CV-31799. The Plaintiff claims breach of contract; bad faith breach of insurance contract; and unreasonable delay and denial of payment of covered benefits pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116.

2. Plaintiff resides in Denver, Colorado. (State Court Complaint, **Ex. 1-b,** at ¶ 1.)

3.      Defendant is a foreign insurance company incorporated and domiciled in the State of Wisconsin and maintains its principal place of business in a state other than in Colorado.  (*Id*. at ¶ 2.) Defendant's principal office street address is 24 Jewelers Park Drive, Neenah, WI 54956.  (Secretary of State Summary, **attached as Exhibit 2.)**

4.      Defendant's first notice of this suit was when it was served with the Summons, Complaint, Exhibits, and Civil Case Cover Sheet on June 4, 2018.  (Aff. of Service, **attached as Exhibit 1-h.)**

5.      This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1132 and 1441(b), as there is complete diversity between Plaintiff and Defendant.  Furthermore, Plaintiff's counsel has executed a state court cover sheet advising Plaintiff seeks damages in excess of $100,000.00. (Civil Case Cover Sheet, **attached as Exhibit 1-a**.) The State Court Complaint more specifically alleges that the value of the allegedly stolen property at issue – and upon which he bases his first-party insurance action against Defendant – is $581,156.00; thus, the amount in controversy meets the threshold requirement set forth in 28 U.S.C. § 1332(a).   (State Court Complaint, **Ex. 1-b,** at ¶ 24.)

6.      Ten items have been filed with the Adams District Court in this case.  A Register of Action from the Colorado Courts' E-Filing system, along with the filings that have been submitted in state court, are attached and incorporated by reference. (*See* Register of Actions, **attached as Exhibit 1.)**

7.      This Notice of Removal is filed pursuant to 28 U.S.C.  §§ 1441(b) and 1446, and is timely pursuant to the provisions of 28 U.S.C. § 1446(b).  Defendant will give

written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d), and will file a copy of this Notice with the clerk of Adams County District Court as required by 28 U.S.C. §1446(d).

**WHEREFORE,** Defendant Jewelers Mutual Insurance Company requests that this action proceed in this Court as an action properly removed to it.

DATED this 5th day of July 2018.

Respectfully submitted,

**OVERTURF McGATH & HULL, P.C.**

By   */s/Steven W. Boatright*
Scott A. McGath, #15151
Steven W. Boatright, #41192
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203
Telephone No. 303.860.2848
Email:sam@omhlaw.com
         swb@omhlaw.com
*Attorneys for Defendant Jewelers Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system and the Colorado Courts E-Filing to the following:

Merlin Law Group
Jonathan Bukowski, Esq.
Larry Bache, Esq.
1001 17th St.
Denver, CO 80202
*Attorneys for Plaintiff*

Denver County District Court
Second Judicial District
County of Denver, State of Colorado
1437 Bannock Street
Denver, CO 80202

*/s/Jessica Pringle*